U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 0 3 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| STEVEN D. HENDRICK, ET AL. | CIVIL ACTION NO. 07-1649 |
| versus | JUDGE DONALD E. WALTER |
| GEORGIA GULF LAKE CHARLES, LLC | MAGISTRATE JUDGE WILSON |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and after having thoroughly reviewed the record, including the written objections filed herein, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiffs' Motion to Remand be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 3 day of January, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE